DECEMBER 6, 1954.

No. 120. REEVES *v.* ALABAMA. Certiorari, 347 U. S. 1012, to the Supreme Court of Alabama. Argued November 15–16, 1954. Decided December 6, 1954. *Per Curiam:* Judgment reversed. See *Canty* v. *Alabama,* 309 U. S. 629, and *Vernon* v. *Alabama,* 313 U. S. 547. *Jack Greenberg* argued the cause for petitioner. With him on the brief were *Thurgood Marshall, Robert L. Carter* and *Louis H. Pollak. Robert Straub,* Assistant Attorney General of Alabama, and *Robert B. Stewart* argued the cause for respondent. With them on the brief was *Si Garrett,* Attorney General.

No. 356. MOTOR FREIGHT EXPRESS ET AL. *v.* UNITED STATES ET AL. Appeal from the United States District Court for the Middle District of Pennsylvania. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *James H. Booser* and *Samuel A. Schreckengaust, Jr.* for appellants. *Solicitor General Sobeloff* and *Edward M. Reidy* for the United States and the Interstate Commerce Commission; and *Clarence D. Todd* and *Dale C. Dillon* for the Branch Motor Express Co., appellees.

No. 378. WILLMUT GAS & OIL CO. ET AL. *v.* COVINGTON COUNTY. Appeal from the Supreme Court of Mississippi. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Garner W. Green* for appellants. *E. L. Dent* for appellee.